IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

KEITH MATTHEWS                                                          PLAINTIFF

v.                                                                       NO. 2:04CV130-M-D

WARDEN JIM COOKE, ET AL.                                    DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated July 5, 2007, and the July 20, 2007, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 5, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the defendants' motion for summary judgment is hereby **GRANTED.**

3. That the judgment is hereby **ENTERED** for Lizar Polk, the sole remaining defendant.

4. That this case is hereby **CLOSED.**

THIS, the 23rd day of July, 2007.

                                             /s/ Michael P. Mills
                                             **CHIEF JUDGE**
                                             **UNITED STATES DISTRICT COURT**
                                             **NORTHERN DISTRICT OF MISSISSIPPI**